IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.                          No. 4:05CR00311 SWW

AARON REED HINTON

FINAL ORDER OF FORFEITURE

WHEREAS, on August 14, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendants to forfeit their interest in the following:

**Personal Property:**

a.      One (1) Gateway Model G6-400 Central Processing Unit, serial number 0011861788;

b.      One (1) Gateway monitor Model EV700, serial number 17004C059532;

c.      One (1) computer keyboard, serial number J8317F1478;

d.      One (1) mouse; and

e.      $170.00 in United States currency.

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States also provided actual notice to all interested parties, including to the defendants;

WHEREAS, no claims were filed by any persons with respect to any of the property

described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.

SO ORDERED this 9th day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE