# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              4:05CR00311-001 SWW

AARON REED HINTON

### ORDER

Pursuant to the Court's ruling at a hearing conducted June 16, 2009, on the government's motion to revoke defendant's supervised release,

IT IS ORDERED that the government's motion to revoke defendant's supervised release (doc #37) is **DENIED**, and the petition is dismissed without prejudice.

IT IS FURTHER ORDERED that the conditions of defendant's supervised release should be modified to include the following special conditions:

1. The defendant shall participate in mental health counseling specializing in sexual offender treatment under the guidance and supervision of the probation officer and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing to aid in the treatment and supervision process. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs.

2. The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer.

3. The probation officer will provide state officials with all information required under any sexual predator and sexual offender notification and registration statutes and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

4.	The defendant shall have all residences, employments, and volunteer work pre-approved by the probation officer. The defendant may not reside within 1,000 feet of locations frequented by persons under the age of 18, such as schools, playgrounds, daycares, theme parks, theaters, public pools, and video galleries. The defendant shall neither reside in a residence where minor children also reside, nor shall he work or volunteer for any business or organization that employs or provides services to persons under 18 years of age without the permission of the probation officer. Any change of residence must be pre-approved by the probation officer. The defendant may not frequent such locations or loiter within 100 feet of such locations primarily used by persons under the age of 18.

5.	The defendant shall comply with State statutes regarding sex offender residency restrictions.

6.	The defendant shall not possess or view any form of media containing pornographic images or sexually explicit material including magazines, literature, videos, CD's, DVD's, digital medial, or photographs.

7.	The defendant shall be prohibited from engaging in any occupation, business, profession, or volunteer work where he has access to children under the age of 18 without prior written approval from the probation officer.

8.	The defendant shall not use any computer (whether or not equipped with a modem or access to the Internet) at any location without first receiving written permission from the probation officer. This includes access through any Internet service provider, bulletin board system, gaming system, online social networking activities, or any public or private computer network system. The probation officer shall allow the defendant access to a computer, as long as the computer the defendant has proposed to use has been deemed "clean" by the probation office from any pornographic images or sexually explicit material (including but not limited to pictures, verbage, and literature), and the defendant has agreed to the installation of computer monitoring software and/or hardware approved by the probation office to monitor computer use or prevent access to particular sites and/or material. The probation office may set reasonable limits regarding the amount of time the defendant may access the Internet. The defendant shall contribute to the computer monitoring cost based on his ability to pay.

9.	The defendant shall participate in a computer and Internet monitoring program by the probation office and shall abide by all rules and requirements of the program. He shall provide the probation office with accurate information about his entire computer system (hardware and software), internal and external storage devices, Internet Service Provider, and all user account information and passwords used by the defendant.

10. The defendant shall consent to periodic unannounced examinations of all of his computer equipment, including internal and external storage devices, which may include retrieval and copying of all data from his computer(s) and any internal and external peripherals and/or removal of such equipment for the purpose of conducting a more thorough inspection by the probation officer or probation service representative.

11. The defendant shall not purchase, possess, or use a cell phone or telephone, gaming system, or unapproved computer system with active Internet service.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect.

IT IS SO ORDERED this 16th day of June 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE